LOUISE STRAUSS, Appellant, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.— In an action to recover damages for personal injuries suffered because of defendant's alleged negligence in failing to open one of the doors of a train in which plaintiff was a passenger, and in permitting overcrowding, the complaint was dismissed at the close of plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

FRANK A. TORRE, Respondent, v. MICHAEL SICIGNANO et al., Appellants.— In an action for specific performance of a contract to sell real property, defendants appeal from an order denying their motion to dismiss the complaint for insufficiency. Order affirmed, with $10 costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

MILLIE WILLIAMS et al., Appellants, v. CITY OF YONKERS, Defendant, and YONKERS RAILROAD COMPANY, Respondent.— In an action to recover damages for personal injuries suffered by reason of plaintiff wife having been caused to fall by reason of a hole in a street in the city of Yonkers, within two feet of the rail of a trolley line operated by defendant Yonkers Railroad Company, and a companion action by her husband for loss of services, an order was made denying plaintiffs' motion to strike out as insufficient the affirmative defense contained in the answer of defendant Yonkers Railroad Company. Order of the City Court of Yonkers affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

WORLD WIDE TRAVEL AGENCY, INC., et al., Respondents, v. BRYANT PARK BUILDING, INC., Appellant.— In an action for reformation, order denying appellant's motion to dismiss the first and second causes of action as insufficient, affirmed, with $10 costs and disbursements, with leave to the appellant to answer within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.